776

*Mr. Gordon D. Kinder* for petitioner.

No. 604. INTERNATIONAL LADIES' GARMENT WORKERS UNION ET AL. *v.* SUPERIOR COURT OF CALIFORNIA ET AL. February 28, 1944. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California denied. *Messrs. Emil Schlesinger, S. Hasket Derby, Joseph C. Sharp,* and *Mathew O. Tobriner* for petitioners. *Mr. Milton Marks* for respondents.

No. 608. VAN DUSEN *v.* COMMISSIONER OF INTERNAL REVENUE. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph E. Davies* and *Raymond N. Beebe* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 609. VAN DUSEN *v.* COMMISSIONER OF INTERNAL REVENUE. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph E. Davies* and *Raymond N. Beebe* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 610. INTERNATIONAL TYPOGRAPHICAL UNION *v.* COUNTY OF MACOMB ET AL. February 28, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Irvin Long* for petitioner. *Mr. Alex. J. Groesbeck* for respondents.